Sue Masica is a former Marine Corps veteran who served in the U.S. Marine Corps during the Cold War.    He served 204 years as an undergraduate in the Air Force.   United States of America. .
judges: Farris, D.W. Nelson, Nguyen